JUAN C. BASOMBRIO (#150703)
JOHN S. BAKER (#144073)
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:   (714) 800-1400
Facsimile:    (714) 800-1499
basombrio.juan@dorsey.com
baker.john@dorsey.com

Attorneys for Defendants Republic of Mozambique; Ministry of Education of the Republic of Mozambique; Joaquim Chissano Foundation a/k/a Fundacao Joaquim Chissano; Joaquim Chissano and Celio Mondlane

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUMOZ, LLC,<br><br>               Plaintiff,<br><br>        v.<br><br>REPUBLIC OF MOZAMBIQUE; MINISTRY OF EDUCATION OF THE REPUBLIC OF MOZAMBIQUE; CELIO MONDLANE, an individual; ZEFERINO MARTINS, an individual; JOAQUIM CHISSANO FOUNDATION a/k/a FUNDACAO JOAQUIM CHISSANO, a quasi-governmental organization; JOAQUIM CHISSANO, an individual; DOES, 1-50, inclusive,<br><br>               Defendants. | Case No. CV13 02309 MMM (CWx)<br><br>**DEFENDANTS REPUBLIC OF MOZAMBIQUE, MINISTRY OF EDUCATION OF THE REPUBLIC OF MOZAMBIQUE, JOAQUIM CHISSANO, JOAQUIM CHISSANO FOUNDATION A/K/A FUNDACAO JOAQUIM CHISSANO, AND CELIO MONDLANE'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>**HEARING:**<br><br>**DATE: JULY 8, 2013**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 780**<br>**255 E. TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012** |

# NOTICE OF MOTION AND MOTION
# TO DISMISS THE COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(1), 12(b)(2) ,12(b)(6) and 12(b)(7), and the inherent powers of this Court, on **JULY 8, 2013,** at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 780 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, before the Honorable Margaret M. Morrow, judge presiding, Defendants Republic of Mozambique and the Ministry of Education of the Republic of Mozambique (collectively, "Government Defendants"), and Defendants Joaquim Chissano, the Joaquim Chissano Foundation and Celio Mondlane (collectively, "Foundation Defendants") will move to dismiss the Complaint herein, and each purported cause of action alleged therein, based on each of the following, alternative grounds:

1.  The Complaint must be dismissed as to the Government Defendants because the Court lacks subject matter jurisdiction. The Government Defendants have foreign sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§1602 et seq. ("FSIA"). The former government official who executed the subject contract lacked "actual authority" to do so and, thus, his acts cannot be imputed to the Government Defendants so as to come within the commercial activity exception to immunity in the FSIA. *Phaneuf v. Republic of Indonesia*, 106 F.3d 302 (9th Cir. 1997). The Complaint also must be dismissed as to all other Defendants in order to give full effect to the foreign sovereign immunity of the Government Defendants, as directed by *Philippines v. Pimentel,* 553 U.S. 851 (2008).

2.  The Complaint should be dismissed as to all Defendants based on doctrines of international comity and abstention.

3.  The Complaint must be dismissed as to the Government Defendants and Defendant Joaquim Chissano for lack of personal jurisdiction.

1   4.   The Complaint should be dismissed as to all Defendants under the doctrine
2 of *forum non conveniens*, in favor of the Mozambican judicial forum.
3   5.   In the alternative, the Complaint fails to state any valid claim against the
4 Government Defendants or the Foundation Defendants:
5       a.   The purported fourth cause of action fails to state a claim for breach
6 of contract against the Government Defendants or Defendant Celio Mondlane.
7       b.   The purported first, second and fifth causes of action fail to state a
8 tort claim against the Government Defendants or the Foundation Defendants.
9       c.   The purported first and second causes of action fail to state a claim
10 for fraud or constructive fraud against the Government Defendants or the Foundation
11 Defendants.
12       d.   The purported fifth cause of action fails to state a negligence claim
13 against the Government Defendants or the Foundation Defendants.
14       e.   The purported sixth cause of action fails to state a claim for unjust
15 enrichment against the Government Defendants or the Foundation Defendants.
16       f.   The purported third cause of action fails to state a claim for
17 accounting against the Government Defendants or the Foundation Defendants.
18   6.   The Complaint must be dismissed for failure to name a required party,
19 Silberberg Innovations LLC, under the Federal Rules of Civil Procedure, Rule 19.
20   7.   The Government Defendants and Foundation Defendants seek such other
21 relief as the Court deems to be just and proper.
22   This motion is based on this Notice of Motion and Motion, the Memorandum of
23 Law, Notice of Intent to Rely on Foreign Law, and Declarations of Teresa Filomena
24 Muenda, Abel Zaqeue Mondlane, Paulo Bernardo Manhique, Celio Mondlane and Juan
25 Basombrio, Esq., filed herewith, on all records and files in this action, and on the
26 arguments of defense counsel at the hearing.
27   Pursuant to Local Rule 7-3, Defendants' counsel sent, on April 23, 2013, a
28 detailed, seven-page meet and confer letter to the Plaintiff's counsel regarding their

1  proposed Motion to Dismiss the Complaint.  Plaintiff's counsel summarily rejected the
2  contentions raised by defense counsel's meet and confer letter on April 29, 2013, and
3  has been provided with a reasonable opportunity to further meet and confer, <u>nine days</u>,
4  but has provided no additional response and also has failed to himself available to
5  discuss to date, despite the repeated requests of defense counsel.   Therefore, the
6  Government and Foundation Defendants have been unable to resolve the issues raised
7  in this Motion to Dismiss, despite their reasonable efforts to do so pursuant to Local
8  Rule 7-3.  *See* Declaration of Juan Basombrio, Esq. at Exhibits 1-3.

Respectfully submitted,

DATED:  May 2, 2013.                    By __/ss/_ Juan C. Basombrio___
                                        JUAN C. BASOMBRIO
                                        JOHN S. BAKER
                                        Attorneys for Defendants Republic of
                                        Mozambique; Ministry of Education of
                                        the Republic of Mozambique; Joaquim
                                        Chissano Foundation a/k/a Fundacao
                                        Joaquim Chissano; Joaquim Chissano
                                        and Celio Mondlane

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

By: */s/ Juan C. Basombrio*
Juan C. Basombrio