JUAN C. BASOMBRIO (#150703)
JOHN S. BAKER (#144073)
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:  (714) 800-1400
Facsimile:   (714) 800-1499
basombrio.juan@dorsey.com
baker.john@dorsey.com

Attorneys for Defendants Republic of Mozambique; Ministry of Education of the Republic of Mozambique; Joaquim Chissano Foundation a/k/a Fundacao Joaquim Chissano; Joaquim Chissano and Celio Mondlane

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUMOZ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF MOZAMBIQUE; MINISTRY OF EDUCATION OF THE REPUBLIC OF MOZAMBIQUE; CELIO MONDLANE, an individual; ZEFERINO MARTINS, an individual; JOAQUIM CHISSANO FOUNDATION a/k/a FUNDACAO JOAQUIM CHISSANO, a quasi-governmental organization; JOAQUIM CHISSANO, an individual; DOES, 1-50, inclusive,<br><br>Defendants. | Case No. CV13 02309 MMM (CWx)<br><br>**DEFENDANTS' NOTICE OF INTENT TO RELY ON FOREIGN LAW (F.R.C.P., RULE 44.1)**<br><br>**HEARING:**<br><br>**DATE: JULY 8, 2013**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 780**<br>**255 E. TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012** |

# NOTICE OF INTENT TO RELY ON FOREING LAW

The Federal Rules of Civil Procedure, Rule 44.1, provide:

"A party who intends to raise an issue about a foreign country's law must give notice by a pleading or other writing. In determining foreign law, the court may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence. The court's determination must be treated as a ruling on a question of law."

Pursuant to the Federal Rules of Civil Procedure, Rule 44.1, please take notice that Defendants Republic of Mozambique, the Ministry of Education of the Republic of Mozambique, Joaquim Chissano, the Joaquim Chissano Foundation, and Celio Mondlane intend to rely on the laws of the Republic of Mozambique in connection with their defense of this action, including but not limited to in connection with their instant Motion to Dismiss the Complaint.

Respectfully submitted,

DATED: May 2, 2013.

By __/ss/_ Juan C. Basombrio___
JUAN C. BASOMBRIO
JOHN S. BAKER
Attorneys for Defendants Republic of Mozambique; Ministry of Education of the Republic of Mozambique; Joaquim Chissano Foundation a/k/a Fundacao Joaquim Chissano; Joaquim Chissano and Celio Mondlane

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

By:   */s/ Juan C. Basombrio*
       Juan C. Basombrio