JS-6

Zein E. Obagi, Jr. (State Bar No. 264139)
zo@obagistodder.com
**OBAGI LAW GROUP, P.C.**
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210-4408
Telephone:  (310) 279-5209
Facsimile: (310) 734-1814

Attorneys for Plaintiff
EDUMOZ, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUMOZ, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF MOZAMBIQUE; MINISTRY OF EDUCATION OF THE REPUBLIC OF MOZAMBIQUE; CELIO MONDLANE, an individual; ZEFERINO MARTINS, an individual; JOAQUIM CHISSANO FOUNDATION a/k/a FUNDAÇÃO JOAQUIM CHISSANO, a quasi-governmental organization; JOAQUIM CHISSANO, an individual; DOES, 1-50 inclusive,<br><br>Defendants | Case No.: 2:13-cv-02309-MMM-CWx<br><br>*Case assigned to Judge Margaret M. Morrow for all purposes*<br><br>**COURT ORDER AND FINAL JUDGMENT**<br><br><br><br>Complaint Filed:   October 5, 2012<br>Trial Date:              October 13, 2015 |

## COURT ORDER AND FINAL JUDGMENT

GOOD CAUSE APPEARING THEREFOR, at Plaintiff EduMoz, LLC's request, the court hereby **ORDERS**:

1. **DISMISSED** without prejudice Defendants Zeferino Martins and DOES 1-50, inclusive, from Plaintiff EduMoz, LLC's Second Amended Complaint (the SAC) (Docket No. 81, August 8, 2014);

2. **DISMISSED** with prejudice Defendants Joaquim Chissano Foundation a.k.a. Fundacao Joaquim Chissano, Joaquim Chissano and Celio Mondlane from the SAC, pursuant to the parties' settlement agreement of which the court was notified by their Stipulation (Docket No. 94, May 19, 2015).

3. **FINAL JUDGMENT ENTERED** by virtue of the foregoing orders and the court's dismissal of Defendants Republic of Mozambique and the Education Ministry of the Republic for want of jurisdiction (Docket No. 62, September 10, 2013, at 44).

**IT IS SO ORDERED AND FINAL JUDGMENT SO ENTERED.**

Dated: July 30, 2015

_____
**HON. MARGARET M. MORROW**
JUDGE, U.S. DISTRICT COURT